**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-2293**

ABDUL WAHEED,

       Plaintiff - Appellant,

      v.

STATE OF MARYLAND, Office of Comptroller; DEBORAH S. RICHARDSON, Judge OAH; JAMES T. MURRAY, Judge OAH; GERALDINE A. KLAUBER, Judge OAH; STATE OF MARYLAND RETIREMENT AGENCY; WORKERS COMPENSATION COMMISSION,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:20-cv-01931-GLR)

Submitted: March 24, 2022                  Decided: March 29, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Abdul Waheed, Appellant Pro Se. Emily Spiering, Assistant Attorney General, Kevin Michael Cox, Baltimore, Maryland, Brian L. Oliner, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul Waheed appeals the district court's order dismissing his complaint against Appellees for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. However, the dismissal of Waheed's complaint should have been without prejudice. *See S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir 2013) (explaining that court lacking "jurisdiction has no power to adjudicate and dispose of a claim on the merits"). We therefore modify the district court's order to reflect that the dismissal is without prejudice, *see* 28 U.S.C. § 2106, and affirm the judgment as modified. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*